**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adan Orduno,<br><br>   Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>   Respondents. | No. CV-17-02911-PHX-JAT<br><br>**ORDER** |

  Pending before this Court is the Report and Recommendation ("R&R") from the Magistrate Judge recommending that the Petition in this case be denied. (Doc. 11).

  This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object."). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28

| | |
|---|---|
| 1 | U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of |
| 2 | the [report and recommendation] to which objection is made."). |
| 3 | Although the Court previously granted Petitioner an extension of time to file |
| 4 | objections, neither party has filed objections to the R&R. Because neither party has filed |
| 5 | objections to the R&R, |
| 6 | **IT IS ORDERED** that the Report and Recommendation (Doc. 11) is accepted and |
| 7 | adopted; the Petition is denied and dismissed with prejudice and the Clerk of the Court |
| 8 | shall enter judgment accordingly. |
| 9 | **IT IS FURTHER ORDERED** that, for the reasons stated in the Report and |
| 10 | Recommendation, a certificate of appealability is denied. |
| 11 | Dated this 16th day of October, 2018. |

*[Signature]*
James A. Teilborg
Senior United States District Judge